## No. 926.

### THE STATE VS. THOMAS WATERS AND DOMINIQUE BLANQUINI.

Where the motion for a new trial was on the ground that the evidence did not shew that the defendants were conspirators, and, if not conspirators, that the acts and declarations of one were not evidence against the other, and there was no bill of exceptions to the admission of the evidence, and consequently the evidence was not before this court; *held*, there was nothing before the court for review and the judgment was affirmed.

APPEAL from the Superior Criminal Court of New Orleans. WHITA-KER, J.

*Potts*, District-Attorney, for the State.

SPENCER, J., delivered the opinion affirming the judgment.

## No. 918.

### THE STATE EX REL. HENRY JETER VS. THE JUDGE OF THE NINTH DISTRICT.

The appeal from a judgment, in a suit in which the right to an office is involved, is returnable in ten days wherever the appellate court may be sitting. In a contested election case, the appeal is returnable, like other civil causes, at the next regular return day for appeals from the court in which the judgment was rendered.

For *Mandamus* and Prohibition.

*Cazabat* for Relator. The Judge *in pp.*

MANNING, C. J., delivered the opinion granting the writs.